| | |
|---|---|
| Joshua B. Swigart (SBN 225557) | Daniel G. Shay (SBN 250548) |
| Josh@SwigartLawGroup.com | DanielShay@TCPAFDCPA.com |
| **SWIGART LAW GROUP, APC** | **LAW OFFICE OF DANIEL G. SHAY** |
| 2221 Camino del Rio S, Ste 308 | 2221 Camino del Rio S, Ste 308 |
| San Diego, CA  92108 | San Diego, CA  92108 |
| P: 866-219-3343 | P: 619-222-7429 |
| F: 866-219-8344 | F: 866-431-3292 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BULLEN, individually and on behalf of others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br><br>CREDENCE RESOURCE MANAGEMENT, LLC,<br><br>　　　　　　Defendant. | CASE No: 3:21-cv-1520-DMS-AGS<br><br>CLASS ACTION<br><br>JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO PLAINTIFF AND THE PUTATIVE CLASS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Richard Bullen and Defendant Credence Resource Management, LLC, file this Joint Motion to Dismiss, and request that the court dismiss all of Plaintiff's and the putative class' claims against Defendant without prejudice. Each party is to bear their own attorneys' fees and costs.

Respectfully submitted,

Date:  October 20, 2021              SWIGART LAW GROUP, APC

                                     By:  s/ *Joshua B. Swigart*
                                     Joshua B. Swigart, Esq.
                                     Josh@SwigartLawGroup.com
                                     Attorney for Plaintiff


Date:  October 20, 2021              SESSIONS LEGAL

                                     By:  *s/ Brittany Shaw*
                                     Brittany Shaw, Esq.
                                     bshaw@sessions.legal
                                     Attorney for Defendant

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Brittany Shaw, counsel for Defendant Credence Resource Management, LLC, and that I have obtained her authorization to affix her electronic signature to this document.

Date:  October 20, 2021          SWIGART LAW GROUP, APC

By:  s/ *Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
Attorney for Plaintiff