# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BULLEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC,<br><br>Defendant. | Case No.: 3:21-cv-1520-DMS (AGS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO PLAINTIFF AND THE PUTATIVE CLASS PURSUANT** |

Based upon the Parties' Joint Motion for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and finding good cause, this Court hereby orders this matter dismissed without prejudice in respect to the Plaintiff and the putative class. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  October 20, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court